IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| APRIL NUTT, as Next Friend of M.N. NUTT, a Minor,<br><br>  Plaintiff,<br><br>vs<br><br>CHRISTOPHER HAZEL and CARLA HAZEL,<br><br>  Defendants. | Case No.  4:11-cv-00526-DDN<br><br>JURY TRIAL REQUESTED |

## **DEFENDANTS' ANSWER TO PLAINTIFF'S PETITION**

Come now Defendants and for their Answer to Plaintiff's Petition state as follows:

1. Defendants admit the allegations contained in paragraphs 1 and 2 of Plaintiff's Petition.

2. Defendants deny the allegations contained in paragraphs 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21 and 22 of Plaintiff's Petition.

3. For further answer and defense, Defendants state that any recovery by Plaintiff should be reduced in proportion to the comparative fault and negligence of the minor Plaintiff an her Next Friend contributing to cause her loss and damages.

4. For further answer and defense, Defendants state that any recovery by Plaintiff should be reduced in proportion to Plaintiff's failure to mitigate her loss and damages.

5. For further answer and defense, Defendants state that they are entitled to a set off for amounts paid to either Plaintiff because of the event described in Plaintiff's Petition. should be reduced by the amount of any payments made

WHEREFORE, having fully answered, Defendants pray to be dismissed hence with their costs herein expended.

/s/ Daniel E. Wilke
Daniel E. Wilke #24464MO
James A. Wilke #51242MO
Attorneys for Defendants
WILKE & WILKE, P.C.
2708 Olive Street
St. Louis, Missouri 63103
314-371-0800
Fax: 314-371-0900
wilke@wilkewilke.net

I hereby certify that on March 23, 2011 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Thomas K. Neill
Attorney at Law
701 Market Street, Suite 800
St. Louis, MO 63101
tneill@grgpc.com
ATTORNEY FOR PLAINTIFF

/s/ Daniel E. Wilke
Daniel E. Wilke #24464MO
James A. Wilke #51242MO
Attorney for Defendant
WILKE & WILKE, P.C.
2708 Olive Street
St. Louis, Missouri 63103
314-371-0800

DEW:lb